UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61802-CIV-ZLOCH

RODOLFO CAPOTE,

    Plaintiff,

vs.                              **FINAL ORDER OF DISMISSAL**

AEGIS RECEIVABLES MANAGEMENT,
INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 9) filed herein by all Parties.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Dismissal With Prejudice (DE 9) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __21st__ day of January, 2010.

                                             /s/ William J. Zloch
                                             WILLIAM J. ZLOCH
                                             United States District Judge

Copies furnished:
All Counsel of Record